IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DORIS HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-947-NJR-RJD |
| | ) |
| JOSE RAYMON, RYAN HUNLEY, JEFFREY WHITING, TOUCHETTE REGIONAL HOSPITAL, and BARNES-JEWISH HOSPITAL, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated November 29, 2017 (Doc. 10), the action was **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

    DATED:  November 29, 2017

    JUSTINE FLANAGAN, Acting Clerk

    By:  s/*Deana Brinkley*
        Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
        NANCY J. ROSENSTENGEL
        United States District Judge